IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 206-015 |
| | * | |
| MARK ASHLEY GRIFFIN | * | |

O R D E R

Before the Court in the captioned case is Defendant Mark Ashley Griffin's motion for early termination of supervised release. Holmes has been on supervised release since March 15, 2019 and therefore has served over half of his term. The United States Probation Office has notified the Court that Griffin has been compliant with the terms of release. Griffin has maintained gainful employment since his release and a steady residence, having recently become a father. The Probation Office supports early termination of Griffin's supervised release.

Accordingly, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the motion for early termination of Defendant Griffin's term of supervised release (doc. 36) is **GRANTED**. Defendant Mark Ashley Griffin is hereby discharged from supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Mr. Kyle Grimes of the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of December, 2021.

```
                              _____
                              J. RANDAL HALL, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA
```